Devin Products Co., Appellant, *v.* B. Bornstein & Son, Inc.

Argued March 18, 1976. *James Dessen*, for appellant; *Kenneth I. Levin*, with him *Kenneth M. Cushman*, and *Pepper, Hamilton & Scheetz*, for appellee.
Order affirmed.

Fields et ux. *v.* Insurance Company of North America, Appellant.

Argued March 22, 1976. *Austin Hogan*, with him *Krusen, Evans and Byrne*, for appellant; *Thomas F. Schilpp*, with him *George P. Noel*, and *Luchsinger, Schilpp, Murphy & Noel*, for appellees.
Order affirmed.